Sevan Gorginian (SBN 298986)
**Law Office of Sevan Gorginian**
450 N. Brand Boulevard, Suite 600
Glendale, California 91203
Tel: 818.928.4445 Fax: 818.928.4450
Email: sevan@gorginianlaw.com

*Attorney for Plaintiff*

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISON

| | |
|---|---|
| In re<br><br>ALEX CHRISTOPHER GHARAKHANI<br><br>                                Debtor.<br>———————————————————<br>SHARA AIVAZI,<br>                                                      Plaintiff,<br>v.<br><br>ALEX C. GHARAKHANI,<br>                                                  Defendant. | Case No.: 2:21-bk-17829-BB<br><br>Adversary: 2:22-ap-01001-BB<br><br>Chapter 7<br><br>**JOINT STIPULATION TO DISMISS ADVERSARY PROCEEDING WITH PREJUDICE**<br><br>No Hearing Required<br><br>Continued Status Conference<br>July 5, 2022 at 2:00 p.m. |

**TO THE HONORABLE SHERI BLUEBOND AND ALL INTERESTED PARTIES:**

The Parties jointly stipulate to dismiss the adversary proceeding (the "Stipulation") based on the recitals below.

///

///

///

///

///

///

///

## RECITALS

1. Defendant Alex Gharakhani ("Defendant") filed for Chapter 7 bankruptcy on October 8, 2021.

2. Plaintiff Shara Aivazi ("Plaintiff", with the Defendant known as the "Parties") filed his adversary case against the Debtor on January 3, 2022.

3. The Court ordered the Parties to mediation which led to settlement of this case.

4. The Defendant has effectuated his end of the settlement agreement which now necessitates the Plaintiff to file this Stipulation to dismiss this pending adversary case with prejudice and vacate all hearings.

## STIPULATION

5. The Parties hereby incorporate the recitals above; and

6. The Parties stipulate to dismiss this adversary proceeding with prejudice and to vacate all continued hearings thereafter including the continued status conference on July 5, 2022 at 2:00 p.m.

7. The Court retains jurisdiction to effectuate the terms in this Stipulation and accompanying order.

**IT IS SO STIPULATED.**

Date: _____
Sevan Gorginian, counsel to Plaintiff

Date: 05/03/2022 _____
Rosie Barmakszian, counsel to Defendant

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 450 N. Brand Blvd. Suite 600 Glendale CA 91203. A true and correct copy of the foregoing document entitled (*specify*): **STIPULATION FOR DISMISSAL OF ADVERSARY PROCEEDING WITH PREJUDICE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **5/3/22**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Rosie Barmakszian on behalf of Defendant Alex Christopher Gharakhani
rosie.barm@gmail.com

Sevan Gorginian on behalf of Plaintiff Shara Aivazi
sevan@gorginianlaw.com, 2486@notices.nextchapterbk.com;ani@gorginianlaw.com

Jason M Rund (TR)
trustee@srlawyers.com, jrund@ecf.axosfs.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

**2.** <u>**SERVED BY UNITED STATES MAIL**</u>:
On **5/3/22**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**3.** <u>**SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**</u> (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the U.S. that the foregoing is true and correct.

| 5/3/22 | Sevan Gorginian | /s/ Sevan Gorginian |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |